# UNITED STATES DISTRICT COURT
Western District of Tennessee

United States of America

v.

JOHN RICHARD GOODE                               Case No. 2:08-20063-B

_____

## ORDER RELIEVING FEDERAL DEFENDER
_____

The Federal Defender's Office had previously been appointed to represent the defendant in this matter. The defendant appeared before the court on this date with Mike Weinman, retained counsel. As the defendant has retained counsel to represent him, the Federal Defender's Office is hereby relieved of further representation of this defendant.

SO ORDERED this the 5th day of March, 2008.


                                                    S/Diane K. Vescovo

                                                 DIANE K. VESCOVO
                                         UNITED STATES MAGISTRATE JUDGE